Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JORIS LYNN DIXON, SR. | § | CASE NO. 25-43307-MXM-13 |
| LACHEKA CHONTA WINFREY | § | |
| Debtor | § | CHAPTER 13 |
| | § | |

**<u>MOTION FOR CONTINUATION OF AUTOMATIC STAY AFTER PRIOR DISMISSAL
WITHIN YEAR OF FILING</u>**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Debtor, Joris Lynn Dixon and Lacheka Chonta Winfrey, pursuant to 11 U.S.C. §362(c)(3)(B), requesting an order continuing the automatic stay provided under 11 U.S.C. §362(a) as to all creditors. In support of this motion, Debtor states as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. Debtor filed the current petition for relief under Chapter 13 on September 1, 2025.

3. Within the twelve months prior to said filing date, Debtor was in an active Chapter 13 case, number 24-42820. The previous case was dismissed on August 21, 2025, for failure to timely pay the Trustee payments specified in Debtor's plan.

4. The Previous case did not dismiss because the Debtor failed to file or amend the petition or other documents as required, provide adequate protection as ordered by the Court.

5. Debtor had no other cases pending within the twelve-month period prior to September 1, 2025.

6. Debtor filed the present case in good faith. Since the dismissal of the previous case, there has been a substantial change in Debtor's financial and personal circumstances. Specifically, Debtor was undergoing treatment for cancer, including radiation, and also incurred unexpected home and vehicle repair expenses, which caused Debtor to fall behind on plan payments. Debtor's health has now improved, the necessary repairs have been completed, and Debtor intends to be placed on a wage directive. Debtor now understands the importance of making timely Trustee payments.

7. Debtor will fully perform the terms of a confirmed plan in the pending case.

8. This motion is not made for the purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Debtor Joris Lynn Dixon and Lacheka Chonta Winfrey, respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d).

Dated: September 8, 2025

Respectfully Submitted,

REAVES & LEE, PLLC

By: /s/Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 8, 2025, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR**:
Joris Lynn Dixon
Lacheka Chonta Winfrey
6721 Morning Crest Court
Arlington, Texas 76002

**STANDING CHAPTER 13 TRUSTEE**:
Pam Bassel
860 Airport Freeway Ste 150
Hurst, TX 76054

**U.S. TRUSTEE**
Rm. 960
1100 Commerce Street
Dallas, TX 75242

**United States Attorney General**
Main Justice Building, Rm. 5111
10th & Constitution Ave
NW Washington D.C. 20530

By:/s/Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319
