Label Matrix for local noticing
0539-4
Case 25-43307-mxm13
Northern District of Texas
Ft. Worth
Mon Sep  8 13:36:28 CDT 2025

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Lakeview Loan Servicing, LLC
c/o Codilis & Moody, P.C.
20405 State Highway 249
Suite 170
Houston, TX 77070-2620

501 W. Tenth Street
Fort Worth, TX 76102-3637

Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Attorney General
PO Box 12017
Austin, TX 78711-2017

Attorney General of Texas
Bankruptcy Section
400 South Zang, Ste 1100
Dallas, TX 75208-6646

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

Capital One
PO Box 70886
Charlotte, NC 28272-0886

Capital One Auto Finance
PO Box 259407
Plano, TX 75025-9407

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Credit Acceptance
25505 W. 12 Mile Road 3000
Southfield, MI 48034-8331

Credit Collection Services
PO Box 9136
Needham Heights, MA 02494-9136

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

Goldman Sachs Bank USA
By AIS Infosource, LP as Agent
P.O. Box 4457
Houston, TX 77210-4457

IC Systems, Inc
Attn: Bankruptcy
PO Box 64378
St. Paul, MN 55164-0378

Internal Revenue Service
IRS - SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242-1100

Internal Revenue Service
IRS - SBSE Insolvency Area 10
PO Box Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711-3528

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

Linebarger Goggan Blair et al
2323 Bryan 1600
Dallas, TX 75201-2637

Linebarger Goggan Blair et al
2777 N Stemmons Freeway 1100
Dallas, TX 75207-2513

Linebarger, Goggan, Blair & Sampson, LLC
2777 N. Stemmons Freeway 1000
Dallas, TX 75207-2328

Linebarger, Goggan, Blair & Sampson, LLC
2777 N. Stemmons Fwy., Suite 1000
Dallas, TX 75207-2328

Medical Center Of Arlington
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Navy FCU
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

Navy Federal Cr Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

One Main Financial
6003 E Main St
Columbus, OH 43213-3356


Owings Auto Centers
519 E Division St
Arlington, TX 76011-7211

PNC Financial
Attn: Bankruptcy 300Fifth Ave
Pittsburgh, PA 15222

Reaves & Lee, Pllc
8701 Bedford Euless Rd
505
8701 Bedford Euless Rd 505
Hurst, TX 76053-3874


Regions Bank/EnerBank USA
Attn: Bankruptcy Attn: Bankruptcy
650 S Main st , Ste 1000
Salt Lake City, UT 84101-2844

(p)SELF INC
901 E 6TH STREET SUITE 400
AUSTIN TX 78702-3241

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528


State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Ecleto, TX 78111

Syncb/Rooms To Go
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Texas Alcohol Beverage Commission
Licenses & Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Alcohol Beverage Commission
Licenses & Permits Divsion
PO Box 13127
Austin, TX 78711-3127

Texas Employment Commission
TEC Building - Bankruptcy
101 E. 15th St.
Austin, TX 78778-0001


(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

United States Attorney - North
1100 Commerce St., Third Floor
Dallas, TX 75242-1001

United States Attorney General
Main Justice Building
10th and Constitution Ave 5111
Washington, DC 20530-0001


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242-9998

Christopher Marvin Lee
Reaves & Lee, PLLC
8701 W. Bedford Euless Road
Suite 510
Hurst, TX 76053-3874


Joris Lynn Dixon Sr
6721 Morningcrest Court
Arlington, TX 76002-3573

Lacheka Chonta Winfrey
6721 Morningcrest Court
Arlington, TX 76002-3573

Pam Bassel
Office of The Standing Ch.13 Trustee
860 Airport Freeway
Suite 150
Hurst, TX 76054-3256


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Self Financial Inc.
Attn: Bankruptcy 515 Congress Ave #
Austin, TX 78701

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711

(d)Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711

U.S. Department of HUD
307 W. 7th S t., Suite 1000
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

(d)Texas Alcohol Beverage Commission
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

(d)Texas Employment Commission
TEC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

(d)United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242-0996

End of Label Matrix
Mailable recipients    53
Bypassed recipients     4
Total                  57