Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JORIS LYNN DIXON, SR. | § | CASE NO. 25-43307-MXM-13 |
| LACHEKA CHONTA WINFREY | § | |
| Debtor | § | CHAPTER 13 |
| | § | |

## NOTICE OF HEARING

You are notified of the filing of the foregoing *Motion for Continuation of Automatic Stay After One Prior Dismissals Within Year of Filing.* A hearing on this Motion will be heard at 9:30 a.m. on October 1, 2025. The Motion will be heard before the Honorable Mark X. Mullin via WebEx, https://us-courts.webex.com/meet/mullin

          Respectfully Submitted,

          REAVES & LEE, PLLC

          By: /s/Christopher M. Lee
          Christopher M. Lee
          State Bar No. 24041319
          Jon M. Reaves
          State Bar No. 24137142
          Reaves & Lee, PLLC
          8701 Bedford Euless Rd, Ste 510
          Hurst, TX 76053
          469-646-8995 Phone
          469-694-1059 Fax

ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 8, 2025 a true and correct copy of the foregoing was served on all parties in interest below and on the attached matrix.

**DEBTOR**:
Joris Lynn Dixon
6721 Morning Crest Court
Arlington, Texas 76002

**STANDING CHAPTER 13 TRUSTEE**:
Pam Bassel
860 Airport Freeway Ste. 150
Hurst, TX 76054

**U.S. TRUSTEE**
Rm. 976
1100 Commerce Street
Dallas, TX 75242

**United States Attorney General**
Main Justice Building, Rm. 5111
10th & Constitution Ave
NW Washington D.C. 20530

REAVES & LEE, PLLC

By: /s/Christopher M. Lee
Christopher M. Lee
