Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JORIS LYNN DIXON | § | CASE NO. 25-43307-MXM-13 |
| LACHEKA C. WINFREY | § | |
| Debtor(s) | § | CHAPTER 13 |
| | § | |

**MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES,**
**STATEMENT OF AFFAIRS AND CHAPTER 13 PLAN**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Debtor, Joris Lynn Dixon and Lacheka C. Winfrey requests an order extending the deadlines to file Chapter 13 Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies pursuant to L.B.R. 1007.1(a) and F.R.B.P 3015 and would show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. Debtor filed their petition in bankruptcy under Chapter 25-43307-MXM-13 on 09/01/2025

3. Chapter 13 Schedules, Statement of Affairs, and Chapter 13 Plan are due September 15, 2025.

4. The § 341 Creditor Meeting is set for 10/21/2025.

5.    Debtor will need an additional fourteen (14) days, until September 29, 2025, to prepare the Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies because of the need to gather information. Debtor's other obligations have resulted in a delay in providing their Attorney information necessary to produce accurate Chapter13 Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies.

WHEREFORE, PREMISES CONSIDERED, Debtor **Joris Lynn Dixon and Lacheka C. Winfrey** respectfully requests the Court to grant an extension of fourteen (14) days, until September 29, 2025, for Debtor to file their Chapter 13 Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies and for such other relief the Court may grant.

Dated: September 15, 2025

Respectfully Submitted,

REAVES & LEE, PLLC

By: /s/Christopher M. Lee
Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

# **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 15, 2025 a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR**:
Joris Lynn Dixon

6721 Morning Crest Court
Arlington, Texas 76002

**STANDING CHAPTER 13 TRUSTEE**:
Pam Bassel
7001 Blvd. 26, Suite 150
North Richland Hills, TX 76180

**U.S. TRUSTEE**
Rm. 976
1100 Commerce Street
Dallas, TX 75242

                                                            By: /s/ Christopher M. Lee
                                                           Christopher M. Lee
                                                           State Bar No. 24041319

                                                           ATTORNEY FOR DEBTOR