



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 18, 2025**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JORIS LYNN DIXON SR | § | CASE NO. 25-43307-MXM-13 |
| LACHEKA CHONTA WINFREY | § | |
| | § | CHAPTER 13 |
| DEBTOR(s) | § | |
| | § | |

## ORDER GRANTING EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS, AND CHAPTER 13 PLAN

CAME BEFORE THE COURT Debtor's Motion, and the Court finds that good cause exists to grant the Motion. It is, therefore,

ORDERED that the Debtor herein shall have until September 29, 2025, to file their Chapter 13 Schedules, Statement of Affairs, and Chapter 13 Plan.

###END OF ORDER###

REAVES & LEE, PLLC

Christopher M. Lee
State Bar No. 24041319
Jon M. Reaves
State Bar No. 24137142
Reaves & Lee, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR