Aspire Credit Card
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Attorney General
PO Box 12017
Austin, TX 78711

Attorney General of Texas
Bankruptcy Section
400 South Zang, Ste 1100
Dallas, TX 75208

Capital One
PO Box 70886
Charlotte, NC 28272

Capital One Auto Finance
PO Box 259407
Plano, TX 75025

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Credit Acceptance
25505 W. 12 Mile Road 3000
Southfield, MI 48034

Credit Collection Services
PO Box 9136
Needham Heights, MA 02494

Credit One Bank
PO Box 98875
Las Vegas, NV 89193

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

Enerbank USA
PO Box 26856
Salt Lake City, UT 84126-0856

Goldman Sachs Bank USA
By AIS Infosource, LP as Agent
P.O. Box 4457
Houston, TX 77210

IC Systems, Inc
Attn: Bankruptcy
PO Box 64378
St. Paul, MN 55164-0378

Internal Revenue Service
IRS - SBSE Insolvency Area 10
PO Box Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
IRS - SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242

Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711

Internal Revenue Service
Insolvency
PO Box 7346
Philadelphia, PA 19101

Lakeview Loan Servicing, LLC
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

Linebarger Goggan Blair et al
2323 Bryan 1600
Dallas, TX 75201

Linebarger Goggan Blair et al
2777 N Stemmons Freeway 1100
Dallas, TX 75207

Linebarger, Goggan, Blair & Sampson, LLC
2777 N. Stemmons Fwy., Suite 1000
Dallas, TX 75207

Linebarger, Goggan, Blair & Sampson, LLC
2777 N. Stemmons Freeway 1000
Dallas, TX 75207

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Medical Center of Arlington
C/O Resurgent Capital Services
P.O. Box 1927
Greenville, SC 29602

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Navy FCU
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

Navy Federal Cr Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

One Main Financial
6003 E Main St
Columbus, OH 43213

Owings Auto Centers
519 E Division St
Arlington, TX 76011

PNC Financial
Attn: Bankruptcy 300Fifth Ave
Pittsburgh, PA 15222

Reaves & Lee, Pllc
8701 Bedford Euless Rd
505
8701 Bedford Euless Rd 505
Hurst, TX 76053

Regions Bank/EnerBank USA
Attn: Bankruptcy Attn: Bankruptcy
650 S Main st , Ste 1000
Salt Lake City, UT 84101

Self Financial Inc.
Attn: Bankruptcy 515 Congress Ave #2200
Austin, TX 78701

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Ecleto, TX 78111

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711

Syncb/Rooms To Go
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Texas Alcohol Beverage Commission
Licenses & Permits Divsion
PO Box 13127
Austin, TX 78711

Texas Alcohol Beverage Commission
Licenses & Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Alcohol Beverage Commission
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711

Texas Employment Commission
TEC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778

Texas Employment Commission
TEC Building - Bankruptcy
101 E. 15th St.
Austin, TX 78778

United States Attorney - North
1100 Commerce St., Third Floor
Dallas, TX 75242

United States Attorney General
Main Justice Building
10th and Constitution Ave 5111
Washington, DC 20530

United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242

United States Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242

US Department of HUD
307 W 7th St 1000
Fort Worth, TX 76102

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Dixon Sr, Joris Lynn**            CASE NO 25-43307-13
       **Winfrey, Lacheka Chonta**

CHAPTER **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **09/19/2025**      Signature      **/s/ Joris Lynn Dixon, Sr**
                                                                      Joris Lynn Dixon, Sr, Debtor

Date    **09/19/2025**      Signature      **/s/ Lacheka Chonta Winfrey**
                                                                     Lacheka Chonta Winfrey, Joint Debtor