| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DXX | 038835 | 569300 | 04505 | 0000279853 | 1 |

Page 1 (Con't Next Page)
*PENSKE LOGISTICS LLC*
*RT 10 GREEN HILLS BOX 563*
*READING PA 19603*

# Earnings Statement 

Period Beginning: 06/22/2025
Period Ending: 06/28/2025
Pay Date: 07/03/2025

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| DI Stop | | | 474.98 | 13,303.95 |
| Tier Band Mls | | | 528.69 | 18,335.20 |
| Drop & Hooks | | | | 1,691.04 |
| Holiday | | | | 718.88 |
| Incentive | | | | 25.00 |
| Meeting | | | | 25.00 |
| Retro Pay | | | | 115.00 |
| Weekly Minim$ | | | | 1,993.15 |
| **Gross Pay** | | | **$1,003.67** | 36,207.22 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -55.59 | 2,600.98 |
| | Social Security Tax | -53.94 | 2,036.43 |
| | Medicare Tax | -12.61 | 476.26 |
| | **Other** | | |
| | After Tax Flex | -35.85 | 967.95 |
| | Before Tax Flex | -133.60* | 3,607.20 |
| | 401K Loan | -8.47 | 228.69 |
| | Misc Reimburse | | -64.92 |
| | 401K | | 619.55 |
| | **Net Pay** | **$703.61** | |
| | Checking | -703.61 | 25,735.08 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $870.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 0.00 | 245.70 |
| Tier Band Mls | | 528.69 |
| Ytd401 | | 619.55 |

**Important Notes**
NEED DIRECT DEPOSIT? VISIT THE PAYROLL LINK ON THE INTRANET, AND SELECT ADP EMPLOYEE SELF SERVICE.

Your SSOID is 600208350

**Additional Tax Withholding Information**
Exemptions/Allowances:
  TX: No State Income Tax

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0623FORDTXO | DI Stop | | 125.73 |
| 0623FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 274.33 |
| 0624FORDTXO | DI Stop | | 27.94 |
| Tr.Sheet/Date | Total: | | 27.94 |
| 0624FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0624FORDTXO | Tier Band Mls | | 124.19- |
| Tr.Sheet/Date | Total: | | 124.19- |
| 0625FORDTXO | DI Stop | | 69.85 |
| Tr.Sheet/Date | Total: | | 69.85 |
| 0625FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0625FORDTXO | Tier Band Mls | | 90.12- |
| Tr.Sheet/Date | Total: | | 90.12- |
| 0626FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |

© 2000 ADP, Inc

---

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

Advice number: 00000279853
Pay date: 07/03/2025

Deposited to the account of
JORIS DIXON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0745 | xxxx xxxx | $703.61 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DKX | 039636 | 589300 | 04505 | 0000279853 | 1 |

Page 2

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement

Period Beginning: 06/22/2025
Period Ending: 06/28/2025
Pay Date: 07/03/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0626FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0627FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0627FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| Tr.Sheet/Date | Total Earnings: | | 1,003.67 |

| Special Services | Quantity | Rate | Amount |
|---|---|---|---|
| DL STOP | 34.00 | 13.97 | 474.98 |
| TIERED BANDED M | 116.20 | 0.47 | 528.69 |
| Total: | | | 1003.67 |

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DKX | 03B635 | 589300 | 04605 | 0000289887 | 1 |

Page 1 (Con't Next Page)
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement 

| | |
|---|---|
| Period Beginning: | 06/29/2025 |
| Period Ending: | 07/05/2025 |
| Pay Date: | 07/11/2025 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| DI Stop | | | 502.92 | 13,806.67 |
| Holiday | | | 200.00 | 918.88 |
| Tier Band Mls | | | 594.40 | 18,929.60 |
| Weekly Minim$ | | | 80.18 | 2,073.33 |
| Drop & Hooks | | | | 1,691.04 |
| Incentive | | | | 25.00 |
| Meeting | | | | 25.00 |
| Retro Pay | | | | 115.00 |
| **Gross Pay** | | | **$1,377.50** | 37,584.72 |

Your federal taxable wages this period are
$1,243.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 18.90 | 264.60 |
| Tier Band Mls | | 594.40 |
| Ytd401 | | 619.55 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -102.78 | 2,703.76 |
| Social Security Tax | | -78.30 | 2,114.73 |
| Medicare Tax | | -18.31 | 494.57 |
| **Other** | | | |
| After Tax Flex | | -35.85 | 1,003.80 |
| Before Tax Flex | | -133.60* | 3,740.80 |
| 401K Loan | | -8.47 | 237.16 |
| Misc Reimburse | | -64.92 | |
| 401K | | | 619.55 |
| **Net Pay** | | **$1,000.19** | |
| Checking | | -1,000.19 | 26,735.27 |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

### Important Notes
NEED DIRECT DEPOSIT? VISIT THE PAYROLL LINK ON THE
INTRANET, AND SELECT ADP EMPLOYEE SELF SERVICE.

Your SSOID is 600208350

### Additional Tax Withholding Information
Exemptions/Allowances:
TX:        No State Income Tax

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0630FORDTXO | DI Stop | | 125.73 |
| 0630FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 274.33 |
| 0701FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0701FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0702FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0702FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |

© 2000 ADP, Inc.

---

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

| | |
|---|---|
| Advice number: | 00000289887 |
| Pay date: | 07/11/2025 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JORIS DIXON | xxxxxxx0745 | xxxx xxxx | $1,000.19 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|---|
| DKX | 039636 | 589300 | 04505 | 0000289887 | 1 | |

Page 2

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement

**ADP**

Period Beginning: 06/29/2025
Period Ending: 07/05/2025
Pay Date: 07/11/2025

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0703FORDTXO | Dl Stop | | 125.73 |
| 0703FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 274.33 |
| 0704 | Holiday | | 200.00 |
| Tr.Sheet/Date | Total: | | 200.00 |
| 0705 | Weekly Minim$ | | 80.18 |
| Tr.Sheet/Date | Total: | | 80.18 |
| Tr.Sheet/Date | Total Earnings: | | 1,377.50 |

| Special Services | Quantity | Rate | Amount |
|---|---|---|---|
| DL STOP | 36.00 | 13.97 | 502.92 |
| HOLIDAY | 8.00 | 25.00 | 200.00 |
| TIERED BANDED M | 225.60 | 0.48 | 594.40 |
| WEEKLY GUAR $ | 1.00 | 80.18 | 80.18 |
| **Total:** | | | 1377.50 |

© 2003 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DIX | 039635 | 569300 | 04605 | 0000299967 | 1 |

Page 1 (Con't Next Page)
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement



Period Beginning: 07/06/2025
Period Ending: 07/12/2025
Pay Date: 07/18/2025

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Dl Stop | | | 628.65 | 14,435.52 |
| Tier Band Mls | | | 743.00 | 19,672.60 |
| Weekly Minim$ | | | 5.85 | 2,079.18 |
| Drop & Hooks | | | | 1,691.04 |
| Holiday | | | | 918.88 |
| Incentive | | | | 25.00 |
| Meeting | | | | 25.00 |
| Retro Pay | | | | 115.00 |
| **Gross Pay** | | | **$1,377.50** | 38,962.22 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -102.78 | 2,806.54 |
| | Social Security Tax | -77.12 | 2,191.85 |
| | Medicare Tax | -18.04 | 512.61 |
| | Other | | |
| | After Tax Flex | -35.85 | 1,039.65 |
| | Before Tax Flex | -133.60* | 3,874.40 |
| | 401K Loan | -8.47 | 245.63 |
| | Misc Reimburse | -64.92 | |
| | 401K | | 619.55 |
| | **Net Pay** | **$1,001.64** | |
| | Checking | -1,001.64 | 27,736.91 |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,243.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | | 264.60 |
| Tier Band Mls | | 743.00 |
| Ytd401 | | 619.55 |

### Important Notes
NEED DIRECT DEPOSIT? VISIT THE PAYROLL LINK ON THE INTRANET, AND SELECT ADP EMPLOYEE SELF SERVICE.

Your SSOID is 600208350

### Additional Tax Withholding Information
Exemptions/Allowances:
TX:        No State Income Tax

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0707FORDTXO | Dl Stop | | 125.73 |
| 0707FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 274.33 |
| 0708FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0708FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0709FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0709FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |

© 2000 ADP, Inc.

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

Advice number: 00000299967
Pay date: 07/18/2025

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JORIS DIXON | xxxxxxx0745 | xxxx xxxx | $1,001.64 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DKX | 039835 | 589300 | 04605 | 0000299867 | 1 |

Page 2

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement

Period Beginning: 07/06/2025
Period Ending: 07/12/2025
Pay Date: 07/18/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0710FORDTXO | Dl Stop | | 125.73 |
| 0710FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 274.33 |
| 0711FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0711FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0712 | Weekly Minim$ | | 5.85 |
| Tr.Sheet/Date | Total: | | 5.85 |
| Tr.Sheet/Date | Total Earnings: | | 1,377.50 |

| Special Services | Quantity | Rate | Amount |
|---|---|---|---|
| DL STOP | 45.00 | 13.97 | 628.65 |
| TIERED BANDED M | 532.00 | 0.48 | 743.00 |
| WEEKLY GUAR $ | 1.00 | 5.85 | 5.85 |
| Total: | | | 1377.50 |

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | NO. |
|---|---|---|---|---|---|
| DKX | 038835 | 589300 | 04605 | 0000309775 | 1 |

Page 1 (Con't Next Page)
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement 

Period Beginning: 07/13/2025
Period Ending: 07/19/2025
Pay Date: 07/25/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| DI Stop | | | 628.65 | 15,064.17 |
| Meeting | | | 25.00 | 50.00 |
| Tier Band Mls | | | 743.00 | 20,415.60 |
| Drop & Hooks | | | | 1,691.04 |
| Holiday | | | | 918.88 |
| Incentive | | | | 25.00 |
| Retro Pay | | | | 115.00 |
| Weekly Minim$ | | | | 2,079.18 |
| **Gross Pay** | | | **$1,396.65** | 40,358.87 |

### Deductions

| | Statutory | | |
|---|---|---|---|
| Federal Income Tax | | -106.99 | 2,913.53 |
| Social Security Tax | | -79.48 | 2,271.33 |
| Medicare Tax | | -18.59 | 531.20 |
| Other | | | |
| After Tax Flex | | -35.85 | 1,075.50 |
| Before Tax Flex | | -133.60* | 4,008.00 |
| 401K Loan | | -8.47 | 254.10 |
| Misc Reimburse | | -64.92 | |
| 401K | | | 619.55 |
| **Net Pay** | | **$1,013.67** | |
| Checking | | -1,013.67 | 28,750.58 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,263.05

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Gtl | 18.90 | 283.50 |
| Tier Band Mls | | 743.00 |
| Ytd401 | | 619.55 |

### Important Notes
NEED DIRECT DEPOSIT? VISIT THE PAYROLL LINK ON THE INTRANET, AND SELECT ADP EMPLOYEE SELF SERVICE.

Your SSOID is 600208350

### Additional Tax Withholding Information
Exemptions/Allowances:
  TX:  No State Income Tax

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0714 | Meeting | | 25.00 |
| Tr.Sheet/Date | Total: | | 25.00 |
| 0714FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0714FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0715FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0715FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |

© 2000 ADP, Inc.

---

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

Advice number: 00000309775
Pay date: 07/25/2025

Deposited to the account of
JORIS DIXON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0745 | xxxx xxxx | $1,013.67 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| DKX | 039836 | 589300 | 04605 | 0000309775    1 |

Page 2

PENSKE  LOGISTICS  LLC
RT 10 GREEN  HILLS  BOX 563
READING  PA  19603

**Earnings Statement**  ADP

Period Beginning:    07/13/2025
Period Ending:       07/19/2025
Pay Date:            07/25/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JORIS  DIXON
6721  MORNING  CREST  CT
ARLINGTON  TX  76002

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0716FORDTXO | Dl Stop | | 125.73 |
| 0716FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 274.33 |
| 0717FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0717FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0718FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0718FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| Tr.Sheet/Date | Total Earnings: | | 1,396.65 |

| Special Services | Quantity | Rate | Amount |
|---|---|---|---|
| DL STOP | 45.00 | 13.97 | 628.65 |
| MEETING | 1.00 | 25.00 | 25.00 |
| TIERED BANDED | M532.00 | 0.48 | 743.00 |
| **Total:** | | | **1396.65** |

© 2000 ADP, Inc.

CONTINUED   FROM   PRIOR   PAGE
YOUR   VOUCHER   IS   PROVIDED   ON   PAGE   1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| DKX | 039835 | 589300 | 04605 | 0000319571  1 |

Page 1 (Con't Next Page)
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement 

Period Beginning:   07/20/2025
Period Ending:      07/26/2025
Pay Date:           08/01/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Di Stop | | | 628.65 | 15,692.82 |
| Tier Band Mls | | | 743.00 | 21,158.60 |
| Weekly Minim$ | | | 5.85 | 2,085.03 |
| Drop & Hooks | | | | 1,691.04 |
| Holiday | | | | 918.88 |
| Incentive | | | | 25.00 |
| Meeting | | | | 50.00 |
| Retro Pay | | | 115.00 | |
| **Gross Pay** | | | **$1,377.50** | 41,736.37 |

Your federal taxable wages this period are
$1,243.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | | 283.50 |
| Tier Band Mls | | 743.00 |
| Ytd401 | | 619.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -102.78 | 3,016.31 |
| | Social Security Tax | -77.12 | 2,348.45 |
| | Medicare Tax | -18.03 | 549.23 |
| | **Other** | | |
| | After Tax Flex | -35.85 | 1,111.35 |
| | Before Tax Flex | -133.60* | 4,141.60 |
| | 401K Loan | -8.47 | 262.57 |
| | Misc Reimburse | | -64.92 |
| | 401K | | 619.55 |
| **Net Pay** | | **$1,001.65** | |
| | Checking | -1,001.65 | 29,752.23 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

### Important Notes
NEED DIRECT DEPOSIT?  VISIT THE PAYROLL LINK ON THE
INTRANET, AND SELECT ADP EMPLOYEE SELF SERVICE.

Your SSOID is 600208350

### Additional Tax Withholding Information
Exemptions/Allowances:
   TX:          No State Income Tax

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0721FORDTXO | Di Stop | | 125.73 |
| 0721FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 274.33 |
| 0722FORDTXO | Di Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0722FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0723FORDTXO | Di Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0723FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |

© 2000 ADP, Inc

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

Advice number:   00000319571
Pay date:        08/01/2025

*THIS IS NOT A CHECK*

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JORIS DIXON | xxxxxxx0745 | xxxx xxxx | $1,001.65 |

# NON-NEGOTIABLE

CO. FILE DEPT. CLOCK VCHR. NO.
DKY 039835 589300 04605 0000319571 1

Page 2
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement 

Period Beginning: 07/20/2025
Period Ending: 07/26/2025
Pay Date: 08/01/2025

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0724FORDTXO | Dl Stop | | 125.73 |
| 0724FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 274.33 |
| 0725FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0725FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0726 | Weekly Minim$ | | 5.85 |
| Tr.Sheet/Date | Total: | | 5.85 |
| Tr.Sheet/Date | Total Earnings: | | 1,377.50 |

| Special Services | Quantity | Rate | Amount |
|---|---|---|---|
| DL STOP | 45.00 | 13.97 | 628.65 |
| TIERED BANDED M | 532.00 | 0.48 | 743.00 |
| WEEKLY GUAR $ | 1.00 | 5.85 | 5.85 |
| Total: | | | 1377.50 |

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DKX | 036835 | 589300 | 04605 | 0000329612 | 1 |

Page 1 (Con't Next Page)
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement 

Period Beginning: 07/27/2025
Period Ending: 08/02/2025
Pay Date: 08/08/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Dl Stop | | | 572.77 | 16,265.59 |
| Tier Band Mls | | | 743.00 | 21,901.60 |
| Weekly Minim$ | | | 61.73 | 2,146.76 |
| Drop & Hooks | | | | 1,691.04 |
| Holiday | | | | 918.88 |
| Incentive | | | | 25.00 |
| Meeting | | | | 50.00 |
| Retro Pay | | | | 115.00 |
| **Gross Pay** | | | **$1,377.50** | 43,113.87 |

Your federal taxable wages this period are $1,243.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 18.90 | 302.40 |
| Tier Band Mls | | 743.00 |
| Ytd401 | | 619.55 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -102.78 | 3,119.09 | |
| Social Security Tax | -78.30 | 2,426.75 | |
| Medicare Tax | -18.32 | 567.55 | |
| Other | | | |
| After Tax Flex | -35.85 | 1,147.20 | |
| Before Tax Flex | -133.60* | 4,275.20 | |
| 401K Loan | -8.47 | 271.04 | |
| Misc Reimburse | | -64.92 | |
| 401K | | 619.55 | |
| **Net Pay** | | **$1,000.18** | |
| Checking | -1,000.18 | 30,752.41 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

### Important Notes
DID YOU KNOW YOUR PAY STATEMENTS AND W2S REMAIN ON A SECURE WEBSITE FOR 3 YEARS? GO PAPERLESS TODAY!

Your SSOID is 600208350

### Additional Tax Withholding Information
Exemptions/Allowances:
TX:        No State Income Tax

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0728FORDTXO | Dl Stop | | 69.85 |
| 0728FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 218.45 |
| 0729FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0729FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0730FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

Advice number: 00000329612
Pay date: 08/08/2025

Deposited to the account of
JORIS DIXON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0745 | xxxx xxxx | $1,000.18 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Case 25-43307-mxm13   Doc 23   Filed 09/19/25   Entered 09/19/25 14:32:32   Desc Main Document    Page 12 of 20

| CO. | FILE | DEPT | CLOCK | VCHR. NO |
|---|---|---|---|---|
| DKX | 039835 | 589300 | 04505 | 0000329612  1 |

Page 2
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement 

Period Beginning:   07/27/2025
Period Ending:      08/02/2025
Pay Date:           08/08/2025

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0730FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0731FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0731FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0801FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0801FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0802 | Weekly Minim$ | | 61.73 |
| Tr.Sheet/Date | Total: | | 61.73 |
| Tr.Sheet/Date | Total Earnings: | | 1,377.50 |

| Special Services | Quantity | Rate | Amount |
|---|---|---|---|
| DL STOP | 41.00 | 13.97 | 572.77 |
| TIERED BANDED M | 532.00 | 0.48 | 743.00 |
| WEEKLY GUAR $ | 1.00 | 61.73 | 61.73 |
| Total: | | | 1377.50 |

© 2000 ADP, Inc.

CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DKX | 039835 | 589300 | 04605 | 0000329612 | 1 |

Page 1 (Con't Next Page)
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement 

Period Beginning: 07/27/2025
Period Ending: 08/02/2025
Pay Date: 08/08/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT.
ARLINGTON TX 76002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| DI Stop | | | 572.77 | 16,265.59 |
| Tier Band Mls | | | 743.00 | 21,901.60 |
| Weekly Minim$ | | | 61.73 | 2,146.76 |
| Drop & Hooks | | | | 1,691.04 |
| Holiday | | | | 918.88 |
| Incentive | | | | 25.00 |
| Meeting | | | | 50.00 |
| Retro Pay | | | | 115.00 |
| **Gross Pay** | | | **$1,377.50** | 43,113.87 |

Your federal taxable wages this period are $1,243.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 18.90 | 302.40 |
| Tier Band Mls | | 743.00 |
| Ytd401 | | 619.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -102.78 | 3,119.09 |
| | Social Security Tax | -78.30 | 2,426.75 |
| | Medicare Tax | -18.32 | 567.55 |
| | Other | | |
| | After Tax Flex | -35.85 | 1,147.20 |
| | Before Tax Flex | -133.60* | 4,275.20 |
| | 401K Loan | -8.47 | 271.04 |
| | Misc Reimburse | | -64.92 |
| | 401K | | 619.55 |
| | **Net Pay** | **$1,000.18** | |
| | Checking | -1,000.18 | 30,752.41 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

### Important Notes
DID YOU KNOW YOUR PAY STATEMENTS AND W2S REMAIN ON A SECURE WEBSITE FOR 3 YEARS? GO PAPERLESS TODAY!

Your SSOID is 600208350

### Additional Tax Withholding Information
Exemptions/Allowances:
TX:       No State Income Tax

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0728FORDTXO | DI Stop | | 69.85 |
| 0728FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 218.45 |
| 0729FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0729FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0730FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |

© 2000 ADP, Inc.

---

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

Advice number:  00000329612
Pay date:  08/08/2025

Deposited to the account of
JORIS DIXON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0745 | xxxx xxxx | $1,000.18 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DKX | 039835 | 589300 | 04605 | 0000329612 | 1 |

Page 2

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement

Period Beginning: 07/27/2025
Period Ending: 08/02/2025
Pay Date: 08/08/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0730FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0731FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0731FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0801FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0801FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0802 | Weekly Minim$ | | 61.73 |
| Tr.Sheet/Date | Total: | | 61.73 |
| Tr.Sheet/Date | Total Earnings: | | 1,377.50 |

| Special Services | Quantity | Rate | Amount |
|---|---|---|---|
| DL STOP | 41.00 | 13.97 | 572.77 |
| TIERED BANDED M | 532.00 | 0.48 | 743.00 |
| WEEKLY GUAR $ | 1.00 | 61.73 | 61.73 |
| Total: | | | 1377.50 |

CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DXX | 039535 | 589300 | 04605 | 0000339559 | 1 |

Page 1 (Con't Next Page)
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement 

Period Beginning: 08/03/2025
Period Ending: 08/09/2025
Pay Date: 08/15/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| DI Stop | | | 544.83 | 16,810.42 |
| Tier Band Mls | | | 743.00 | 22,644.60 |
| Weekly Minim$ | | | 89.67 | 2,236.43 |
| Drop & Hooks | | | | 1,691.04 |
| Holiday | | | | 918.88 |
| Incentive | | | | 25.00 |
| Meeting | | | | 50.00 |
| Retro Pay | | | | 115.00 |
| **Gross Pay** | | | **$1,377.50** | 44,491.37 |

Your federal taxable wages this period are $1,243.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 0.00 | 302.40 |
| Tier Band Mls | | 743.00 |
| Ytd401 | | 619.55 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -102.78 | 3,221.87 | |
| Social Security Tax | -77.12 | 2,503.87 | |
| Medicare Tax | -18.03 | 585.58 | |
| **Other** | | | |
| After Tax Flex | -35.85 | 1,183.05 | |
| Before Tax Flex | -133.60* | 4,408.80 | |
| 401K Loan | -8.47 | 279.51 | |
| Misc Reimburse | | -64.92 | |
| 401K | | 619.55 | |
| **Net Pay** | | **$1,001.65** | |
| Checking | -1,001.65 | 31,754.06 | |
| **Net Check** | | **$0.00** | |

### Important Notes
DID YOU KNOW YOUR PAY STATEMENTS AND W2S REMAIN ON A SECURE WEBSITE FOR 3 YEARS? GO PAPERLESS TODAY!

Your SSOID is 600208350

### Additional Tax Withholding Information
Exemptions/Allowances:
 TX:    No State Income Tax

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0804FORDTXO | DI Stop | | 41.91 |
| 0804FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 190.51 |
| 0805FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0805FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0806FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |

* Excluded from federal taxable wages

©2000 ADP, Inc.

---

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

Advice number: 00000339559
Pay date: 08/15/2025

Deposited to the account of
JORIS DIXON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0745 | xxxx xxxx | $1,001.65 |

*THIS IS NOT A CHECK*

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| DKX | 038635 | 689300 | 04605 | 0000339559 | 1 |

Page 2
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

**Earnings Statement**  ADP

Period Beginning: 08/03/2025
Period Ending:   08/09/2025
Pay Date:        08/15/2025

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0806FORDTXO | Tier Band Mls |  | 148.60 |
| Tr.Sheet/Date | Total: |  | 148.60 |
| 0807FORDTXO | Dl Stop |  | 125.73 |
| Tr.Sheet/Date | Total: |  | 125.73 |
| 0807FORDTXO | Tier Band Mls |  | 148.60 |
| Tr.Sheet/Date | Total: |  | 148.60 |
| 0808FORDTXO | Dl Stop |  | 125.73 |
| Tr.Sheet/Date | Total: |  | 125.73 |
| 0808FORDTXO | Tier Band Mls |  | 148.60 |
| Tr.Sheet/Date | Total: |  | 148.60 |
| 0809 | Weekly Minim$ |  | 89.67 |
| Tr.Sheet/Date | Total: |  | 89.67 |
| Tr.Sheet/Date | Total Earnings: |  | 1,377.50 |

| Special Services | Quantity | Rate | Amount |
|---|---|---|---|
| DL STOP | 39.00 | 13.97 | 544.83 |
| TIERED BANDED M | 532.00 | 0.48 | 743.00 |
| WEEKLY GUAR $ | 1.00 | 89.67 | 89.67 |
| Total: |  |  | 1377.50 |

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| DKX | 039635 | 569300 | 04605 | 0000349661  1 |

Page 1 (Con't Next Page)
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement 

Period Beginning: 08/10/2025
Period Ending: 08/16/2025
Pay Date: 08/22/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| DI Stop | | | 628.65 | 17,439.07 |
| Tier Band Mls | | | 743.00 | 23,387.60 |
| Weekly Minim$ | | | 5.85 | 2,242.28 |
| Drop & Hooks | | | | 1,691.04 |
| Holiday | | | | 918.88 |
| Incentive | | | | 25.00 |
| Meeting | | | | 50.00 |
| Retro Pay | | | | 115.00 |
| **Gross Pay** | | | **$1,377.50** | 45,868.87 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -102.78 | 3,324.65 |
| | Social Security Tax | -78.29 | 2,582.16 |
| | Medicare Tax | -18.31 | 603.89 |
| | Other | | |
| | After Tax Flex | -35.85 | 1,218.90 |
| | Before Tax Flex | -133.60* | 4,542.40 |
| | 401K Loan | -8.47 | 287.98 |
| | Misc Reimburse | | -64.92 |
| | 401K | | 619.55 |
| **Net Pay** | | **$1,000.20** | |
| | Checking | -1,000.20 | 32,754.26 |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,243.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 18.90 | 321.30 |
| Tier Band Mls | | 743.00 |
| Ytd401 | | 619.55 |

### Important Notes
DID YOU KNOW YOUR PAY STATEMENTS AND W2S REMAIN ON A SECURE WEBSITE FOR 3 YEARS? GO PAPERLESS TODAY!

Your SSOID is 600208350

### Additional Tax Withholding Information
Exemptions/Allowances:
TX:    No State Income Tax

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0811FORDTXO | DI Stop | | 125.73 |
| 0811FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 274.33 |
| 0812FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0812FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0813FORDTXO | DI Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |

© 2000 ADP, Inc.

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

Advice number: 00000349661
Pay date: 08/22/2025

Deposited to the account of
JORIS DIXON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0745 | xxxx xxxx | $1,000.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DKX | 039635 | 589300 | 04605 | 0000349661 | 1 |

Page 2

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

**Earnings Statement**

Period Beginning: 08/10/2025
Period Ending: 08/16/2025
Pay Date: 08/22/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0813FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0814FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0814FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0815FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0815FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0816 | Weekly Minim$ | | 5.85 |
| Tr.Sheet/Date | Total: | | 5.85 |
| Tr.Sheet/Date | Total Earnings: | | 1,377.50 |

| Special Services | Quantity | Rate | Amount |
|---|---|---|---|
| DL STOP | 45.00 | 13.97 | 628.65 |
| TIERED BANDED M | 532.00 | 0.48 | 743.00 |
| WEEKLY GUAR $ | 1.00 | 5.85 | 5.85 |
| Total: | | | 1377.50 |

CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|---|
| DKX | 039835 | 589300 | 04605 | 0000359492 | | 1 |

Page 1 (Con't Next Page)
PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement 

Period Beginning: 08/17/2025
Period Ending: 08/23/2025
Pay Date: 08/29/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Dl Stop | | | 628.65 | 18,067.72 |
| Tier Band Mls | | | 743.00 | 24,130.60 |
| Weekly Minim$ | | | 5.85 | 2,248.13 |
| Drop & Hooks | | | | 1,691.04 |
| Holiday | | | | 918.88 |
| Incentive | | | | 25.00 |
| Meeting | | | | 50.00 |
| Retro Pay | | | | 115.00 |
| **Gross Pay** | | | **$1,377.50** | 47,246.37 |

Your federal taxable wages this period are $1,243.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | | 321.30 |
| Tier Band Mls | | 743.00 |
| Ytd401 | | 619.55 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -102.78 | 3,427.43 | |
| Social Security Tax | -77.12 | 2,659.28 | |
| Medicare Tax | -18.04 | 621.93 | |
| **Other** | | | |
| After Tax Flex | -35.85 | 1,254.75 | |
| Before Tax Flex | -133.60* | 4,676.00 | |
| 401K Loan | -8.47 | 296.45 | |
| Misc Reimburse | | -64.92 | |
| 401K | | 619.55 | |
| **Net Pay** | | **$1,001.64** | |
| Checking | -1,001.64 | 33,755.90 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

## Important Notes
DID YOU KNOW YOUR PAY STATEMENTS AND W2S REMAIN ON A SECURE WEBSITE FOR 3 YEARS? GO PAPERLESS TODAY!

Your SSOID is 600208350

### Additional Tax Withholding Information
Exemptions/Allowances:
TX: No State Income Tax

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0818FORDTXO | Dl Stop | | 125.73 |
| 0818FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 274.33 |
| 0819FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0819FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0820FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |

© 2000 ADP, Inc.

---

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

Advice number: 00000359492
Pay date: 08/29/2025

Deposited to the account of
JORIS DIXON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx0745 | xxxx xxxx | $1,001.64 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | BLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| DKX | 039635 | 589300 | 04605 | 0000359492 | 1 |

Page 2

PENSKE LOGISTICS LLC
RT 10 GREEN HILLS BOX 563
READING PA 19603

# Earnings Statement

ADP

Period Beginning: 08/17/2025
Period Ending: 08/23/2025
Pay Date: 08/29/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

JORIS DIXON
6721 MORNING CREST CT
ARLINGTON TX 76002

| Tr.Sheet/Date | Desc | Hrs/Mls | Earnings |
|---|---|---|---|
| 0820FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0821FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0821FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0822FORDTXO | Dl Stop | | 125.73 |
| Tr.Sheet/Date | Total: | | 125.73 |
| 0822FORDTXO | Tier Band Mls | | 148.60 |
| Tr.Sheet/Date | Total: | | 148.60 |
| 0823 | Weekly Minim$ | | 5.85 |
| Tr.Sheet/Date | Total: | | 5.85 |
| Tr.Sheet/Date | Total Earnings: | | 1,377.50 |

| Special Services | Quantity | Rate | Amount |
|---|---|---|---|
| DL STOP | 45.00 | 13.97 | 628.65 |
| TIERED BANDED M | 532.00 | 0.48 | 743.00 |
| WEEKLY GUAR $ | 1.00 | 5.85 | 5.85 |
| **Total:** | | | 1377.50 |

© 2000 ADP, Inc

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**