| Employee No | Process Level | Dept |
|---|---|---|
| 000207586 | 01 | 8723 |

TARRANT COUNTY HOSPITAL DISTRICT
1500 SOUTH MAIN STREET
FORT WORTH, TX 76104

**Earnings Statement**
Period Ending: 06/22/2025
Check Date: 06/26/2025
Check: 03406555

LACHEKA WINFREY
6721 MORNINGCREST CT
ARLINGTON, TX 76002

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| RETRO | | | 2,005.86 | 2,005.86 |
| BASE PAY | | | | 26,622.44 |
| OVT | | | | 16,307.59 |
| PTO | | | | 1,312.50 |
| WKD DIFF | | | | 1,204.53 |
| EVE SHF | | | | 910.94 |
| HDAYSHDF | | | | 265.46 |
| GIFT | | | | 175.00 |
| NGT SHF | | | | 99.21 |
| GRP LIFE | | | | 0.57 |

| Deductions | Current | YTD |
|---|---|---|
| FEDERAL | | 0.00 |
| MEDCARE | 29.08 | 622.99 |
| SOCSEC | 124.37 | 2,663.83 |
| 403(b) | | 780.00 |
| DEN PPO | | 683.80 |
| HLTH-FLX | | 520.00 |
| ACCI INS | | 228.67 |
| HOSP IND | | 179.79 |
| HLTH INS | | 4,122.30 |
| VISN INS | | 204.62 |
| CAFE | | 174.87 |
| LIFE ADD | | 62.23 |
| VOL LIFE | | 104.39 |
| CR ILL E | | 147.94 |
| CR ILL S | | 147.94 |
| CR ILL C | | 4.94 |
| LIFE LTC | | 492.83 |
| CO LTD | | 164.90 |
| GIFTSHOP | | 55.08 |
| PPPymt | | 1,520.68 |
| RETIRE | | 812.37 |
| PET INS | | 93.47 |

**Direct Deposit**
checking       $748.91
checking       $1,000.00
payback        $103.50

**Leave Available**
MYDAY MYWAY       8.00
PTO AVAILABLE     330.59

| Gross Pay | 2,005.86 | 48,904.10 |
|---|---|---|

| Total Deductions | 153.45 | 13,787.64 |
|---|---|---|

| Net Pay | 1,852.41 |
|---|---|

**Message:**
Check your SSN and Address for W-2 Accuracy in onPOINT!

32-61/1110
Payroll Advice Number: 03406555
DATE ISSUED: 06/26/2025

TARRANT COUNTY HOSPITAL DISTRICT
1500 SOUTH MAIN STREET
FORT WORTH, TX 76104

JPMorgan Chase Bank N.A
Dallas, Texas 75021

THIS IS A NOTICE OF A DEPOSIT TO YOUR ACCOUNT IN THE AMOUNT OF | ****$1,852.41

Pay to the order of
LACHEKA WINFREY
6721 MORNINGCREST CT
ARLINGTON, TX 76002

**NON-NEGOTIABLE**

***NON-NEGOTIABLE**NON-NEGOTIABLE**NON-NEGOTIABLE***

| Employee No | Process Level | Dept |
|---|---|---|
| 000207596 | 01 | 8723 |

TARRANT COUNTY HOSPITAL DISTRICT
1500 SOUTH MAIN STREET
FORT WORTH, TX 76104

**Earnings Statement**
Period Ending: 07/06/2025
Check Date: 07/10/2025
Check: 03415624

LACHEKA WINFREY
6721 MORMINGCREST CT
ARLINGTON, TX 76002

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BASE PAY | 28.1900 | 76.88 | 2,167.25 | 28,789.69 |
| OVT | 44.4501 | 21.26 | 945.01 | 17,252.60 |
| HDAYSHDF | 14.0953 | 12.37 | 174.36 | 439.82 |
| EVE SHF | 2.0000 | 33.15 | 66.30 | 977.24 |
| WKD DIFF | 3.0000 | 16.58 | 49.74 | 1,254.27 |
| GRP LIFE | | | 0.13 | 0.70 |
| RETRO | | | | 2,005.86 |
| PTO | | | | 1,312.50 |
| GIFT | | | | 175.00 |
| NGT SHF | | | | 99.21 |

| Deductions | Current | YTD |
|---|---|---|
| FEDERAL | | 0.00 |
| MEDCARE | 42.72 | 665.71 |
| SOCSEC | 182.64 | 2,846.47 |
| 403(b) | 60.00 | 840.00 |
| DEN PPO | 52.60 | 736.40 |
| HLTH-FLX | 40.00 | 560.00 |
| ACCI INS | 17.59 | 246.26 |
| HOSP IND | 13.83 | 193.62 |
| HLTH INS | 317.10 | 4,439.40 |
| VISN INS | 15.74 | 220.36 |
| CAFE | 14.17 | 189.04 |
| LIFE ADD | 4.97 | 67.20 |
| VOL LIFE | 8.03 | 112.42 |
| CR ILL E | 11.38 | 159.32 |
| CR ILL S | 11.38 | 159.32 |
| CR ILL C | 0.38 | 5.32 |
| LIFE LTC | 37.91 | 530.74 |
| CO LTD | 13.19 | 178.09 |
| PPPymt | 63.58 | 1,584.26 |
| RETIRE | 62.49 | 874.86 |
| GIFTSHOP | | 55.08 |
| PET INS | | 93.47 |

| Direct Deposit | |
|---|---|
| checking | $1,329.46 |
| checking | $1,000.00 |
| payback | $103.50 |

| Leave Available | |
|---|---|
| MYDAY MYWAY | 8.00 |
| PTO AVAILABLE | 339.52 |

| Gross Pay | 3,402.79 | 52,306.89 |
|---|---|---|

| Total Deductions | 969.70 | 14,757.34 |
|---|---|---|

| Net Pay | 2,432.96 |
|---|---|

**Message:**
Check your SSN and Address for W-2 Accuracy in onPOINT!

32-61/1110

TARRANT COUNTY HOSPITAL DISTRICT
1500 SOUTH MAIN STREET
FORT WORTH, TX 76104

Payroll Advice Number: 03415624
DATE ISSUED: 07/10/2025

JPMorgan Chase Bank N.A
Dallas, Texas 75021

| THIS IS A NOTICE OF A DEPOSIT TO YOUR ACCOUNT IN THE AMOUNT OF | ****$2,432.96 |
|---|---|

Pay to the order of   LACHEKA WINFREY
6721 MORMINGCREST CT
ARLINGTON, TX 76002

**NON-NEGOTIABLE**

***NON-NEGOTIABLE**NON-NEGOTIABLE**NON-NEGOTIABLE***

| Employee No | Process Level | Dept |
|---|---|---|
| 000207596 | 01 | 8723 |

TARRANT COUNTY HOSPITAL DISTRICT
1500 SOUTH MAIN STREET
FORT WORTH, TX 76104

**Earnings Statement**
Period Ending: 07/20/2025
Check Date: 07/24/2025
Check: 03423585

LACHEKA WINFREY
6721 MORMINGCREST CT
ARLINGTON, TX 76002

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BASE PAY | 28.1900 | 80.00 | 2,255.20 | 31,044.89 |
| OVT | 43.2139 | 42.49 | 1,836.16 | 19,088.76 |
| WKD DIFF | 3.0000 | 40.60 | 121.80 | 1,376.07 |
| EVE SHF | 2.0000 | 42.62 | 85.24 | 1,062.48 |
| NGT SHF | 2.5000 | 8.12 | 20.30 | 119.51 |
| GRP LIFE | | | 0.13 | 0.83 |
| RETRO | | | | 2,005.86 |
| PTO | | | | 1,312.50 |
| HDAYSHDF | | | | 439.82 |
| GIFT | | | | 175.00 |

| Deductions | Current | YTD |
|---|---|---|
| FEDERAL | | 0.00 |
| MEDCARE | 56.00 | 721.71 |
| SOCSEC | 239.44 | 3,085.91 |
| 403(b) | 60.00 | 900.00 |
| DEN PPO | 52.60 | 789.00 |
| HLTH-FLX | 40.00 | 600.00 |
| ACCI INS | 17.59 | 263.85 |
| HOSP IND | 13.83 | 207.45 |
| HLTH INS | 317.10 | 4,756.50 |
| VISN INS | 15.74 | 236.10 |
| CAFE | 33.71 | 222.75 |
| LIFE ADD | 4.97 | 72.17 |
| VOL LIFE | 8.03 | 120.45 |
| CR ILL E | 11.38 | 170.70 |
| CR ILL S | 11.38 | 170.70 |
| CR ILL C | 0.38 | 5.70 |
| LIFE LTC | 37.91 | 568.65 |
| CO LTD | 13.19 | 191.28 |
| GIFTSHOP | 10.83 | 65.91 |
| PPPymt | 63.58 | 1,647.84 |
| RETIRE | 62.49 | 937.35 |
| PET INS | | 93.47 |

**Direct Deposit**
checking   $2,145.05
checking   $1,000.00
payback    $103.50

**Leave Available**
MYDAY MYWAY   8.00
PTO AVAILABLE   348.44

| Gross Pay | 4,318.83 | 56,625.72 |
|---|---|---|

| Total Deductions | 1,070.15 | 15,827.49 |
|---|---|---|

| Net Pay | 3,248.55 |
|---|---|

**Message:**
Check your SSN and Address for W-2 Accuracy in onPOINT!

32-61/1110
Payroll Advice Number: 03423585
DATE ISSUED: 07/24/2025

TARRANT COUNTY HOSPITAL DISTRICT
1500 SOUTH MAIN STREET
FORT WORTH, TX 76104

JPMorgan Chase Bank N.A
Dallas, Texas 75021

THIS IS A NOTICE OF A DEPOSIT TO YOUR ACCOUNT IN THE AMOUNT OF   ****$3,248.55

Pay to the order of   LACHEKA WINFREY
6721 MORMINGCREST CT
ARLINGTON, TX 76002

**NON-NEGOTIABLE**

***NON-NEGOTIABLE**NON-NEGOTIABLE**NON-NEGOTIABLE***

| Employee No | Process Level | Dept |
|---|---|---|
| 000207596 | 01 | 8723 |

TARRANT COUNTY HOSPITAL DISTRICT
1500 SOUTH MAIN STREET
FORT WORTH, TX 76104

**Earnings Statement**
Period Ending: 08/03/2025
Check Date: 08/07/2025
Check: 03431396

LACHEKA WINFREY
6721 MORMINGCREST CT
ARLINGTON, TX 76002

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BASE PAY | 28.1900 | 80.00 | 2,255.20 | 33,300.09 |
| OVT | 42.9498 | 35.86 | 1,540.18 | 20,628.94 |
| EVE SHF | 2.0000 | 41.48 | 82.96 | 1,145.44 |
| WKD DIFF | 3.0000 | 24.06 | 72.18 | 1,448.25 |
| GRP LIFE | | | 0.13 | 0.96 |
| RETRO | | | | 2,005.86 |
| PTO | | | | 1,312.50 |
| HDAYSHDF | | | | 439.82 |
| GIFT | | | | 175.00 |
| NGT SHF | | | | 119.51 |

| Deductions | Current | YTD |
|---|---|---|
| FEDERAL | | 0.00 |
| MEDCARE | 50.66 | 772.37 |
| SOCSEC | 216.62 | 3,302.53 |
| 403(b) | 60.00 | 960.00 |
| DEN PPO | 52.60 | 841.60 |
| HLTH-FLX | 40.00 | 640.00 |
| ACCI INS | 17.59 | 281.44 |
| HOSP IND | 13.83 | 221.28 |
| HLTH INS | 317.10 | 5,073.60 |
| VISN INS | 15.74 | 251.84 |
| CAFE | 8.74 | 231.49 |
| LIFE ADD | 4.97 | 77.14 |
| VOL LIFE | 8.03 | 128.48 |
| CR ILL E | 11.38 | 182.08 |
| CR ILL S | 11.38 | 182.08 |
| CR ILL C | 0.38 | 6.08 |
| LIFE LTC | 37.91 | 606.56 |
| CO LTD | 13.19 | 204.47 |
| GIFTSHOP | 24.39 | 90.30 |
| PPPymt | 63.58 | 1,711.42 |
| RETIRE | 62.49 | 999.84 |
| PET INS | | 93.47 |

**Direct Deposit**
checking         $1,816.44
checking         $1,000.00
payback          $103.50

**Leave Available**
MYDAY MYWAY         8.00
PTO AVAILABLE     357.36

| | Current | YTD |
|---|---|---|
| Gross Pay | 3,950.65 | 60,576.37 |
| Total Deductions | 1,030.58 | 16,858.07 |
| Net Pay | 2,919.94 | |

**Message:**
Check your SSN and Address for W-2 Accuracy in onPOINT!

TARRANT COUNTY HOSPITAL DISTRICT
1500 SOUTH MAIN STREET
FORT WORTH, TX 76104

32-61/1110
Payroll Advice Number: 03431396
DATE ISSUED: 08/07/2025

JPMorgan Chase Bank N.A
Dallas, Texas 75021

THIS IS A NOTICE OF A DEPOSIT TO YOUR ACCOUNT IN THE AMOUNT OF | ****$2,919.94

Pay to the order of   LACHEKA WINFREY
6721 MORMINGCREST CT
ARLINGTON, TX 76002

**NON-NEGOTIABLE**

***NON-NEGOTIABLE**NON-NEGOTIABLE**NON-NEGOTIABLE***

| Employee No | Process Level | Dept |
|---|---|---|
| 000207596 | 01 | 8723 |

TARRANT COUNTY HOSPITAL DISTRICT
1500 SOUTH MAIN STREET
FORT WORTH, TX 76104

**Earnings Statement**

| | |
|---|---|
| Period Ending: | 08/17/2025 |
| Check Date: | 08/21/2025 |
| Check: | 03439323 |

LACHEKA WINFREY
6721 MORMINGCREST CT
ARLINGTON, TX 76002

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BASE PAY | 28.1899 | 36.16 | 1,019.35 | 34,319.44 |
| PTO | 28.1900 | 36.00 | 1,014.84 | 2,327.34 |
| EVE SHF | 2.0000 | 11.98 | 23.96 | 1,169.40 |
| GRP LIFE | | | 0.13 | 1.09 |
| OVT | | | | 20,628.94 |
| RETRO | | | | 2,005.86 |
| WKD DIFF | | | | 1,448.25 |
| HDAYSHDF | | | | 439.82 |
| GIFT | | | | 175.00 |
| NGT SHF | | | | 119.51 |

| Deductions | Current | YTD |
|---|---|---|
| FEDERAL | | 0.00 |
| MEDCARE | 23.22 | 795.59 |
| SOCSEC | 99.29 | 3,401.82 |
| 403(b) | 60.00 | 1,020.00 |
| DEN PPO | 52.60 | 894.20 |
| HLTH-FLX | 40.00 | 680.00 |
| ACCI INS | 17.59 | 299.03 |
| HOSP IND | 13.83 | 235.11 |
| HLTH INS | 317.10 | 5,390.70 |
| VISN INS | 15.74 | 267.58 |
| LIFE ADD | 4.97 | 82.11 |
| VOL LIFE | 8.03 | 136.51 |
| CR ILL E | 11.38 | 193.46 |
| CR ILL S | 11.38 | 193.46 |
| CR ILL C | 0.38 | 6.46 |
| LIFE LTC | 37.91 | 644.47 |
| CO LTD | 13.19 | 217.66 |
| PPPymt | 63.58 | 1,775.00 |
| RETIRE | 62.49 | 1,062.33 |
| CAFE | | 231.49 |
| GIFTSHOP | | 90.30 |
| PET INS | | 93.47 |

**Direct Deposit**

| | |
|---|---|
| checking | $101.97 |
| checking | $1,000.00 |
| payback | $103.50 |

**Leave Available**

| | |
|---|---|
| MYDAY MYWAY | 8.00 |
| PTO AVAILABLE | 330.29 |

| Gross Pay | 2,058.28 | 62,634.65 |
|---|---|---|

| Total Deductions | 852.68 | 17,710.75 |
|---|---|---|

| Net Pay | 1,205.47 |
|---|---|

**Message:**
Check your SSN and Address for W-2 Accuracy in onPOINT!

TARRANT COUNTY HOSPITAL DISTRICT
1500 SOUTH MAIN STREET
FORT WORTH, TX 76104

32-61/1110

| | |
|---|---|
| Payroll Advice Number: | 03439323 |
| DATE ISSUED: | 08/21/2025 |

JPMorgan Chase Bank N.A
Dallas, Texas 75021

THIS IS A NOTICE OF A DEPOSIT TO YOUR ACCOUNT IN THE AMOUNT OF | ****$1,205.47

Pay to the order of
LACHEKA WINFREY
6721 MORMINGCREST CT
ARLINGTON, TX 76002

**NON-NEGOTIABLE**

***NON-NEGOTIABLE**NON-NEGOTIABLE**NON-NEGOTIABLE***